UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADVANCED POWERLINE TECHNOLOGIES, INC., | § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. H-07-cv-0356 |
| LORENA G. USELTON et al., | § § § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

The motion of Marc J. Wojciechowski and Wojciechowski & Associates, P.C. to withdraw as counsel for Plaintiff (Doc. No. 13) is **GRANTED**. No discovery should be propounded on Plaintiff and no motions should be filed for a period of ten days from the date of this order so that Plaintiff may have time to retain new counsel.

**IT IS SO ORDERED.**

**SIGNED** this 29th day of March, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT